157 So. 458

## O. C. McLEMORE v. STATE.
### 8 Div. 619.

Supreme Court of Alabama.
Nov. 1, 1934.

Rehearing Denied Nov. 22, 1934.

Fred S. Parnell, of Florence, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of O. C. McLemore for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McLemore v. State, 157 So. 455.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.